UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEN ARONSON,<br><br>                                    Plaintiff,<br><br>v.<br><br>DOG EAT DOG FILMS, INC.,<br><br>                                    Defendant. | No. CV-05293-KLS<br><br>NOTICE OF APPEAL |

Notice is hereby given that Ken Aronson, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendant's Special Motion to Strike Plaintiff's Claims of Misappropriation of Likeness and Invasion of Privacy entered in this action on August 31, 2010.

DATED this 13th day of September, 2010.

*Philip A. Talmadge*

Philip. A. Talmadge, WSBA #6973
Talmadge/Fitzpatrick
18010 Southcenter Pkwy.
Tukwila, WA 98188
(206) 574-6661
phil@tal-fitzlaw.com

Thomas B. Vertetis, WSBA #29805
Jason P. Amala, WSBA #37054
Pfau Cochran Vertetis  Kosnoff PLLC
911 Pacific Ave, Suite 200
Tacoma, WA 98402-4413
(253) 777-0799
tom@pcvklaw.com
Jason@pcvklaw.com
Attorney for Plaintiff Ken Aronson

Notice of Appeal - 1

CERTIFICATE OF SERVICE

1

2          I hereby certify that I electronically filed the Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

3

Bruce Johnson
4    Noelle Kvasnosky
     Davis Wright Tremaine LLP
5    1201 3rd Avenue, Suite 2200
     Seattle, WA 98101-3047
6    Email: brucejohnson@dwt.com
             noellekvasnosky@dwt.com
7

8    Thomas B. Vertetis
     Jason P. Amala
9    Pfau Cochran Vertetis Kosnoff PLLC
     911 Pacific Avenue, Suite 200
10   Tacoma, WA 98402
     Email: Thomas@pcvklaw.com
11           Jason@pcvklaw.com

12
          DATED: September 13 2010, at Tukwila, Washington.
13

14               Paula Chapler
                 paula@tal-fitzlaw.com
15               Talmadge/Fitzpatrick
                 18010 Southcenter Parkway
16               Tukwila, WA 98188

17

18

19

20

21

22

23

24

25

26   Notice of Appeal - 2                                    Talmadge/Fitzpatrick
                                                             18010 Southcenter Parkway
                                                             Tukwila, Washington  98188-4630
                                                             (206) 574-6661   (206) 575-1397 Fax