UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEN ARONSON, | CASE NO. C 10-5293 |
| Plaintiff, | ORDER GRANTING LEAVE TO AMEND COMPLAINT |
| v. | |
| DOG EAT DOG FILMS, INC., | |
| Defendant. | |

The Plaintiff filed a Motion For Leave to Amend Complaint. ECF No. 42. The Defendant does not oppose the motion. The Motion for Leave to Amend Complaint is therefore GRANTED.

Dated this 22nd day of October, 2010.

Karen L. Strombom
United States Magistrate Judge

Order Granting Leave to Amend
Complaing                    1