UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEN ARONSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DOG EAT DOG FILMS, INC.,<br><br>　　　　　　　　　　Defendant. | No. 3:10 CV-05293-KLS<br><br>SECOND AMENDED<br>NOTICE OF APPEAL |

Notice is hereby given that Ken Aronson hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendant's Special Motion to Strike Plaintiff's Claims of Misappropriation of Likeness and Invasion of Privacy entered in this action on August 31, 2010, the Order Denying Plaintiff's Motion for Reconsideration entered in this action on September 28, 2010, and the Order Denying Plaintiff's Second Motion for Reconsideration entered in this action on October 18, 2010.

DATED this 29th day of October, 2010.

　　　　　　　　　　　　　　　　_Philip A. Talmadge_
　　　　　　　　　　　　　　　　Philip A. Talmadge, WSBA #6973
　　　　　　　　　　　　　　　　Talmadge/Fitzpatrick
　　　　　　　　　　　　　　　　18010 Southcenter Pkwy.
　　　　　　　　　　　　　　　　Tukwila, WA 98188
　　　　　　　　　　　　　　　　(206) 574-6661
　　　　　　　　　　　　　　　　phil@tal-fitzlaw.com

Second Amended Notice of Appeal - 1　　　　　　　　　　　　　　Talmadge/Fitzpatrick
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　18010 Southcenter Parkway
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tukwila, Washington 98188-4630
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(206) 574-6661　(206) 575-1397 Fax

Thomas B. Vertetis, WSBA #29805
Jason P. Amala, WSBA #37054
Pfau Cochran Vertetis Kosnoff PLLC
911 Pacific Ave, Suite 200
Tacoma, WA 98402-4413
(253) 777-0799
tom@pcvklaw.com
Jason@pcvklaw.com
Attorneys for Plaintiff Ken Aronson

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the Second Amended Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Bruce Johnson
Noelle Kvasnosky
Davis Wright Tremaine LLP
1201 3rd Avenue, Suite 2200
Seattle, WA 98101-3047
Email: brucejohnson@dwt.com
       noellekvasnosky@dwt.com

Thomas B. Vertetis
Jason P. Amala
Pfau Cochran Vertetis Kosnoff PLLC
911 Pacific Avenue, Suite 200
Tacoma, WA 98402
Email: Thomas@pcvklaw.com
       Jason@pcvklaw.com

DATED: October 29, 2010, at Tukwila, Washington.

_____
Paula Chapler
paula@tal-fitzlaw.com
Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, WA 98188

Second Amended Notice of Appeal - 2

Talmadge/Fitzpatrick
18010 Southcenter Parkway
Tukwila, Washington 98188-4630
(206) 574-6661   (206) 575-1397 Fax