THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEN ARONSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DOG EAT DOG FILMS, INC., and GOLDFLAT PRODUCTIONS, LLC,<br><br>　　　　　Defendant. | NO. 3:10-CV-05293-KLS<br><br>STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS DOG EAT DOG FILMS, INC., and GOLDFLAT PRODUCTIONS, LLC<br><br>NOTE ON MOTION CALENDAR:<br><br>MARCH 8, 2011 |

### STIPULATION

It is hereby stipulated by the parties to this action, by and through their undersigned attorneys, that all claims in this action against defendants Dog Eat Dog Films, Inc., and Goldflat Productions, LLC, shall be dismissed with prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a)(1).

//

STIPULATION FOR DISMISSAL - 1
NO. 3:10-CV-05293-KLS

PFAU COCHRAN VERTETIS KOSNOFF PLLC
911 Pacific Ave., Suite 200
Tacoma, WA 98402
PHONE: (253) 777-0799
FACSIMILE: (253) 627-0654

SIGNED and DATED this 7th day of March 2011.

DAVIS WRIGHT TREMAINE, LLP


By /s/ Noelle Kvasnosky
Bruce E.H. Johnson, WSBA No. 7667
Noelle H. Kvasnosky, WSBA No. 40023
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
Email: brucejohnson@dwt.com
Email: noellkvasnosky@dwt.com
Attorneys for Dog Eat Dog Films, Inc., and Goldflat Productions, LLC


PFAU COCHRARN VERTETIS AMALA PLLC


By /s/ Thomas B. Vertetis
Thomas B. Vertetis WSBA #29805
Jason P. Amala WSBA #37054
911 Pacific Ave., Suite 200
Tacoma, WA 98402
Phone: (253) 777-0799
Fax: (253) 627-0654
Email: thomas@pcvalaw.com
Email: jason@pcvalaw.com
Attorneys for Plaintiff

STIPULATION FOR DISMISSAL - 2

NO. 3:10-CV-05293-KLS

PFAU COCHRAN VERTETIS KOSNOFF PLLC
911 Pacific Ave., Suite 200
Tacoma, WA 98402
PHONE: (253) 777-0799
FACSIMILE: (253) 627-0654

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2011, I caused to be filed electronically the above and foregoing document with the court, using the CM/ECF system, which will send email notification of such filing to the below addressees, and I served a true and correct copy of the following documents by the method indicated below and addressed as follows:

| **Attorneys for Plaintiff:**<br>Thomas Brian Vertetis<br>Brian D. Doran<br>Pfau Cochran Vertetis Kosnoff PLLC<br>911 Pacific Avenue<br>Suite 200<br>Tacoma, WA 98402 | _____ U.S. Mail<br>_____ Hand Delivery<br>_____ Overnight Mail<br>_____ Facsimile<br>__X__ CM/ECF Notification via email service to: tom@pcvklaw.com and bryan@pcvklaw.com |
|---|---|

Declared under penalty of perjury dated at Seattle, Washington this 7th day of March, 2011.

/s/ Noelle H. Kvasnosky
Noelle H. Kvasnosky