THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEN ARONSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>DOG EAT DOG FILMS, INC., and GOLDFLAT PRODUCTIONS, LLC,<br><br>                    Defendant. | NO. 3:10-CV-05293-KLS<br><br>ORDER ON STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS DOG EAT DOG FILMS, INC., and GOLDFLAT PRODUCTIONS, LLC |

**ORDER**

After reviewing the parties' Stipulation for Dismissal of All Claims Against Defendants Dog Eat Dog Films, Inc., and Goldflat Productions, LLC, and pursuant to the same and pursuant to Fed. R. Civ. P. 41(a)(1), this matter is hereby dismissed with prejudice and without costs to any party.

DONE IN OPEN COURT this 11th day of March, 2011.

Karen L. Strombom
U.S. Magistrate Judge

ORDER DISMISSING CASE - 1 of 1

NO. 3:10-CV-05293-KLS

PFAU COCHRAN VERTETIS AMALA
911 Pacific Ave., Suite 200
Tacoma, WA 98402
PHONE: (253) 777-0799
FACSIMILE: (253) 627-0654